**A CERTIFIED TRUE COPY**

JUN 2 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -7 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1819

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

FILED
JUN 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Cade Oyadomori, et al. v. Cypress Semiconductor Corp., et al.,* D. Hawaii, C.A. No. 1:06-666

CAND # 4:07-cv-3369 CW

### CONDITIONAL TRANSFER ORDER (CTO-6)

On February 9, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 473 F.Supp.2d 1384 (J.P.M.L. 2007). Since that time, 51 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Claudia Wilken.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Wilken.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 9, 2007, and, with the consent of that court, assigned to the Honorable Claudia Wilken.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

June 25, 2007

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Re: MDL-1819 -- In re Static Random Access Memory (SRAM) Antitrust Litigation

(See Attached CTO-6)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 7, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

Counsel for plaintiff is listed below.

CADE OYADOMORI, ET AL.
Gail Y. Cosgrove, Esq.
Hisaka, Yoshisa & Cosgrove
Pacific Guardian Center
Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, HI 96813

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Claudia Wilken
    Transferor Judge: Judge J. Michael Seabright
    Transferor Clerk: Sue Beitia

JPML Form 36