CLOSED, TRANSF

# U.S. District Court
## District of Hawaii - CM/ECF V3.04 (3/07) (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00666-JMS-KSC
#### Internal Use Only

| | |
|---|---|
| Oyadomori et al v. Cypress Semiconductor Corporation et al | Date Filed: 12/15/2006 |
| Assigned to: JUDGE J. MICHAEL SEABRIGHT | Date Terminated: 06/29/2007 |
| Referred to: JUDGE KEVIN S.C. CHANG | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Cade Oyadomori**  represented by  **Gail Y. Cosgrove**
*on behalf of themselves and all others similaryly situated in the State of Hawaii*

Hisaka Stone Goto Yoshida Cosgrove & Ching
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kunio Kuwabe**
Hisaka Stone Goto Yoshida Cosgrove & Ching
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
Email: kkuwabe@objectionsustained.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven K. Hisaka**
Hisaka Stone Goto Yoshida Cosgrove & Ching
Mauka Tower
737 Bishop St Ste 3000

        Honolulu, HI 96813
        523-0451
        Email:
        shisaka@objectionsustained.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renae Awakuni**     represented by    **Gail Y. Cosgrove**
*on behalf of themselves and all others similaryly situated in the State of Hawaii*
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Kunio Kuwabe**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Steven K. Hisaka**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cypress Semiconductor Corporation**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hunix Semiconductor America**

Inc.

**Defendant**

**Hynix Semiconductor Inc.**

**Defendant**

**Matsushita Electric Industrial Co. Ltd.**
*doing business as*
Panasonic

**Defendant**

**Semiconductor Company, Matsushita Electric Industrial Co., Ltd.**

**Defendant**

**Micron Semiconductor Products, Inc.**
*doing business as*
Crucial Technology

**Defendant**

**Micron Technology, Inc.**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**Renesas Technology America, Inc.**

**Defendant**

**Renesas Technology Corp.**

**Defendant**

**Samsung Electronics Company Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**Sony Corporation**

**Defendant**

**Sony Corporation of America**

**Defendant**

**Sony Electronics, Inc.**

**Defendant**

**Toshiba America Corporation**

**Defendant**

**Toshiba America Electronic Components**

**Defendant**

**Toshiba Corporation**

**Defendant**

**John Doe 1-100**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/15/2006 | 1 | Class Action COMPLAINT against all defendants (Filing fee $ 350.) , filed by Cade Oyadomori, Ranae Awakuni. (Attachments: # 1 Demand for Jury Trial# 2 Summons# 3 Exhibit A)(gab, ) (Entered: 12/18/2006) |
| 12/15/2006 | 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 3/12/2007 before JUDGE KEVIN S.C. CHANG.. Signed by Judge HELEN GILLMOR on 12/15/06. (gls, ) (Entered: 12/19/2006) |
| 12/15/2006 | 3 | Filing fee: $ 350.00, receipt number 237755 (gls, ) (Entered: |

| | | |
| --- | --- | --- |
| | | 12/19/2006) |
| 12/19/2006 | 4 | Ex Parte Motion and Order to file 1 Complaint under seal. Signed by Judge KEVIN S.C. CHANG on 12/18/06. (Attachments: # 1 Affidavit of Kunio Kuwabe# 2 Order Granting Ex Parte Motion)(gls, ) (Entered: 12/20/2006) |
| 02/27/2007 | 5 | EO: At plaintiff's request, Rule 16 Scheduling Conference set 3/12/07 has been continued to 9:00AM on 5/15/2007 before JUDGE KEVIN S.C. CHANG. Roz from Mr. Kuwabe's office to notify all parties. (Judge KEVIN S.C. CHANG )(sna, ) (Entered: 02/27/2007) |
| 04/11/2007 | 6 | Ex Parte Motion and Order to Extend Time for Service of Summons and Complaint. Signed by Judge KEVIN S.C. CHANG on 4/11/07. (Attachments: # 1 Affidavit of Kunio Kuwabe# 2 Order Granting Ex Parte Motion)(gls, ) (Entered: 04/12/2007) |
| 05/08/2007 | 7 | EO: At plaintiff's request, Rule 16 Scheduling Conference set 5/15/07 has been continued to 09:00AM on 6/19/2007 before JUDGE KEVIN S.C. CHANG. Roz from Kunio Kuwabe's office to notify all parties. (Judge KEVIN S.C. CHANG ) (sna, ) (Entered: 05/08/2007) |
| 05/08/2007 | 8 | Ex Parte Motion and Order to Unseal 1 Complaint and to correct naming of Plaintiff, Case unsealed.. Signed by Judge KEVIN S.C. CHANG on 5/7/07. (Attachments: # 1 Affidavit of Kunio Kuwabe# 2 Order Granting Ex Parte Motion to Unseal and to Correct Naming of Plaintiff)(gls, ) (Entered: 05/09/2007) |
| 05/21/2007 | 10 | EO: Rule 16 Scheduling Conference set 6/19/07 has been continued to 09:15AM on 6/27/2007 before JUDGE KEVIN S.C. CHANG. All parties to be notified. (Judge KEVIN S.C. CHANG )(sna, ) (Entered: 05/21/2007) |
| 06/21/2007 | 11 | EO: At plaintiff's request, Rule 16 Scheduling Conference set 6/27/07 has been continued to 09:00AM on 7/30/2007 before JUDGE KEVIN S.C. CHANG. Counsel are awaiting decision from the Multidistrict Panel. Roz from Mr. Kuwabe's office has been notified. (Judge KEVIN S.C. CHANG )(sna, ) (Entered: 06/21/2007) |
| 06/29/2007 | 12 | CERTIFIED COPY: MDL Docket No. 1819 CONDITIONAL TRANSFER ORDER (CTO-6) - this action is transferred |

| | | |
|---|---|---|
| | | under 28 USC 1407 to the Northern District of California, Oakland Division, and assigned to the Honorable Claudia Wilken. (N.D. California Case No. 4:07-cv-3369 CW). (Attachments: # 1 Correspondence from Transferee court)(afc) (Entered: 07/02/2007) |
| 07/02/2007 | 13 | USDC Hawaii Transmittal Letter regarding MDL Transfer of Case addressed to USDC N.D. California (Oakland Division). Regarding case file: Receiving district instructed to download those documents from USDC HI database. (afc) (Entered: 07/02/2007) |
| 07/02/2007 | | COURT'S CERTIFICATE of Service - a copy of 12 the MDL TRANSFER ORDER, and a copy of 13 the transmittal letter, will be served by First Class Mail to the addresses of record on July 2, 2007. Registered Participants of CM/ECF received the documents electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Interoffice delivery of MDL Transfer Order to Presiding and Referral Judges and respective Courtroom Managers via NEF notification. (afc) (Entered: 07/02/2007) |