IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii, <br><br> Plaintiffs, <br><br> vs. <br><br> CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC ELECTRONICS CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORP.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG SEMICONDUCTOR, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; TOSHIBA CORPORATION; and JOHN DOE 1 through 100; <br><br> Defendants. | CIVIL NO. _____ <br> (Class Action Complaint) <br><br> SUMMONS |

SUMMONS

TO: (Name and address of Defendants):

 See attached Exhibit "A"

  You are hereby summoned and required to serve upon Plaintiffs'

attorneys:

  STEVEN K. HISAKA
  GAIL Y. COSGROVE
  KUNIO KUWABE
  HISAKA YOSHIDA & COSGROVE
  Pacific Guardian Center, Mauka Tower
  737 Bishop Street, Suite 3000
  Honolulu, Hawaii 96813

an answer to the Complaint which is served upon you with this summons; within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint; Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA     DEC 1 5 2006

_____   _____
CLERK          DATE

_____
(BY) DEPUTY CLERK

2