# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 237755 |
| Trans | 143333 |

Received From: **HISAKA YOSHIDA**
Case Number:
Reference Number: CV 06-00666

| | | | Check | 350.00 |
|---|---|---|---|---|
| | | | Total | 350.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| | | **Total** | **350.00** |
| | | Tend | 350.00 |
| | | Due | 0.00 |

12/15/2006 10:49:47 AM     Deputy Clerk: lg/DT