ORIGINAL

Of Counsel:
HISAKA YOSHIDA & COSGROVE

STEVEN K. HISAKA        1773-0
GAIL Y. COSGROVE        3011-0
KUNIO KUWABE            4798-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-0451
Facsimile No.:  (808) 524-0422
E-Mail:  shisaka@objectionsustained.com
         gcosgrove@objectionsustained.com
         kkuwabe@objectionsustained.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 9 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

LODGED

DEC 1 5 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS | CIVIL NO. CV06 00666<br>(Class Action Complaint)<br><br>PLAINTIFFS' EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL; AFFIDAVIT OF KUNIO KUWABE; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL |

```
AMERICA, INC.; NEC ELECTRONICS    )
CORPORATION; RENESAS TECHNOLOGY   )
AMERICA, INC.; RENESAS            )
TECHNOLOGY CORP.; SAMSUNG         )
ELECTRONICS COMPANY LTD.;         )
SAMSUNG SEMICONDUCTOR, INC.;      )
SONY CORPORATION; SONY            )
CORPORATION OF AMERICA; SONY      )
ELECTRONICS, INC.; TOSHIBA        )
AMERICA CORPORATION; TOSHIBA      )
AMERICA ELECTRONIC COMPONENTS;    )
TOSHIBA CORPORATION; and JOHN     )
DOE 1 through 100;                )
                                  )
            Defendants.           )
_____ )
```

## PLAINTIFFS' EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL

Come now Plaintiffs CADE OYADOMORI and RANAE AWAKUNI, by and through their attorneys, HISAKA YOSHIDA & COSGROVE, move this court ex parte for an entry of an Order Granting Plaintiffs' Ex Parte Motion to File Complaint under Seal. This ex parte motion is brought pursuant to H.R.S. §480-13.3 which states in part, "The complaint shall be filed in camera, and shall not be served on defendant until the court so orders." The motion is supported by the attached Affidavit of Kunio Kuwabe.

DATED: Honolulu, Hawaii, DEC 15 2006.

_____
STEVEN K. HISAKA
GAIL Y. COSGROVE
KUNIO KUWABE
Attorneys for Plaintiffs

2