IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC ELECTRONICS CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORP.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG SEMICONDUCTOR, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; TOSHIBA CORPORATION; and JOHN DOE 1 through 100;<br><br>Defendants. | CIVIL NO. _____<br>(Class Action Complaint)<br><br>AFFIDAVIT OF KUNIO KUWABE |

AFFIDAVIT OF KUNIO KUWABE

STATE OF HAWAII            )
                           )  SS:
CITY AND COUNTY OF HONOLULU )

      KUNIO KUWABE, being first duly sworn on oath, deposes and says:

      1.    Affiant is an attorney duly licensed to practice in all the courts of the State of Hawaii and is one of the attorneys representing Plaintiffs in the above-entitled matter.

      2.    According to Hawaii law, H.R.S. § 480-13.3:

> (a) A class action for claims for a violation of this chapter other than claims for unfair or deceptive acts or practices may be filed, and may be prosecuted on behalf of indirect purchasers by a person other than the attorney general as follows:
>
>> (1) A filed copy of the complaint and all relevant supporting and exculpatory materials in possession of the proposed class representative or its counsel shall be served on the attorney general not later than seven days after filing of the complaint. **The complaint shall be filed in camera, and shall not be served on the defendant until the court so orders.** The complaint shall remain under seal for at least sixty days after service upon the attorney general of the complaint and all relevant supporting and exculpatory materials in possession of the proposed class representative or its counsel.  The defendant named

2

>     in the complaint shall not be
>     required to respond to the
>     complaint until twenty days after
>     the complaint has been unsealed and
>     served upon the defendant in
>     accordance with the Hawaii rules of
>     civil procedure[.]
>
>     ...

H.R.S. § 480-13.3 (emphasis added).

3. Based on the foregoing, Affiant's firm is requesting that the court seal the Complaint as required by law pending the decision of the Attorney General of the State of Hawaii and/or the passage of the statutory time allotted in H.R.S. § 480-13.3.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KUNIO KUWABE

Subscribed and sworn to before me
this 15th day of December, 2006.

_____
Shelly Dee S. Wang
Notary Public, State of Hawaii
My Commission expires: 9/27/07