IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC ELECTRONICS CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORP.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG SEMICONDUCTOR, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; TOSHIBA CORPORATION; and JOHN DOE 1 through 100;<br><br>Defendants. | CIVIL NO. _____<br>(Class Action Complaint)<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL |

ORDER GRANTING PLAINTIFFS
EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL

The Court having reviewed Plaintiffs' Ex Parte Motion to File Complaint Under Seal and the Affidavit of Kunio Kuwabe in support thereof, and there appearing good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion to File Complaint Under Seal is hereby granted.

DATED: Honolulu, Hawaii, DEC 18 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Cade Oyadomori, et al. v. Cypress Semiconductor Corporation, et al.; Civil No. _____; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE COMPLAINT UNDER SEAL

2