IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii, )<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC ELECTRONICS CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORP.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG SEMICONDUCTOR, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; TOSHIBA CORPORATION; and JOHN DOE 1 through 100;<br><br>Defendants. | CIVIL NO. 06-00666 (JMS/KSC)<br>(Class Action Complaint)<br><br>AFFIDAVIT OF KUNIO KUWABE |

AFFIDAVIT OF KUNIO KUWABE

| | |
|---|---|
| STATE OF HAWAII ) | |
| ) | SS: |
| CITY AND COUNTY OF HONOLULU ) | |

KUNIO KUWABE, being first duly sworn on oath, deposes and says:

1. Affiant is an attorney duly licensed to practice in all the courts of the State of Hawaii and is one of the attorneys representing Plaintiffs in the above-entitled matter.

2. Currently, for the Complaint filed on December 15, 2006, Plaintiffs are required to serve the Summons and Complaint on the Defendants within 120 days of the filing date of the Complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; the 120 days deadline runs on or about April 14, 2007.

3. However, pursuant to Hawaii Revised Statutes ("H.R.S.") § 480-13.3, Plaintiffs were required to seal the Complaint and take no further action pending the statutory review by the Attorney General of the State of Hawaii, a statutorily prescribed period of time that runs no less than 60 days. Previously, this Court granted Plaintiffs' Ex Parte Motion To File Complaint Under Seal on December 19, 2006.

2

4. As required under H.R.S. § 480-13.3, Plaintiffs submitted the sealed Complaint and supporting materials to the Attorney General of the State of Hawaii for its statutorily mandated review.

5. Although the statutory review period of 60 days under H.R.S. § 480-13.3 would have run on or about February 13, 2007, the Attorney General's office is still reviewing this class action matter after requesting additional information and indicating the initial supporting material did not, in its estimation, satisfy the statute. Plaintiffs have been conferring with the Attorney General's office about this class action matter so that Plaintiffs may proceed and yet accommodate the Attorney General's mandated review of this class action matter. Ian Otto, one of the national plaintiffs' counsel in several of the other action that have been transferred to the Northern District of California, and with whom Affiant's office is working with to coordinate this matter, has been conferring with Deputy Attorney General Rodney Kimura about the supporting materials for this matter.

6. In the interim, the 120 days deadline for the completion of service mandated under FRCP Rule 4(m) is pending.

7. Plaintiffs seek to extend the deadline for the completion of service on the Defendants for another 120 days.

This additional time will allow the Attorney General's office to complete its review of this class action matter and, if Plaintiffs are allowed to proceed, permit the action to be transferred to the Northern District of California.

8. The additional time will also allow Plaintiffs time to amend its Complaint; Plaintiffs anticipate that they may file an amended Complaint with the same claims and allegations but with fewer Defendants than identified in the original Complaint.

9. Therefore, Plaintiffs are requesting the extension of another 120 days for the completion of service under FRCP Rule 4(m). Accordingly, Plaintiffs are seeking to extend the current deadline for the completion of service of the Summons and Complaint under FRCP Rule 4(m) to August 12, 2007.

10. A copy of this Ex Parte Motion is also being delivered concurrently to Deputy Attorney General Rodney Kimura of the Attorney General's office at the same time that the Ex Parte Motion is being submitted to this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KUNIO KUWABE

Subscribed and sworn to before me
this 10th day of April, 2007.

_____
Shelly Dee S. Wang
Notary Public, State of Hawaii
My commission expires: 9/27/07

5