IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; NEC ELECTRONICS AMERICA, INC.; NEC ELECTRONICS CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; RENESAS TECHNOLOGY CORP.; SAMSUNG ELECTRONICS COMPANY LTD.; SAMSUNG SEMICONDUCTOR, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS, INC.; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; TOSHIBA CORPORATION; and JOHN DOE 1 through 100;<br><br>Defendants. | CIVIL NO. 06-00666 (JMS/KSC)<br>(Class Action Complaint)<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT

The Court having reviewed Plaintiffs' Ex Parte Motion To Extend Time for Service of Summons and Complaint and the Affidavit of Kunio Kuwabe in support thereof, and there appearing good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion To Extend Time for Service of Summons and Complaint is hereby granted and that the deadline for completion of service of Plaintiffs' Complaint filed December 15, 2006 shall be extended to August 12, 2007.

DATED: Honolulu, Hawaii, __APR 11 2007__.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Cade Oyadomori, et al. v. Cypress Semiconductor Corporation, et al.*; CIVIL NO. 06-00666 (JMS/KSC); ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT

2