ORIGINAL   ORIGINAL

Of Counsel:
HISAKA YOSHIDA & COSGROVE

STEVEN K. HISAKA      1773-0
GAIL Y. COSGROVE      3011-0
KUNIO KUWABE          4798-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone No.: (808) 523-0451
Facsimile No.: (808) 524-0422
E-Mail: shisaka@objectionsustained.com
        gcosgrove@objectionsustained.com
        kkuwabe@objectionsustained.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 08 2007

at 12 o'clock and 30 min. P M
SUE BEITIA, CLERK

LODGED
MAY 04 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS SEMICONDUCTOR CORPORATION; FUJITSU AMERICA, INC.; FUJITSU LIMITED, INC.; HITACHI AMERICA LTD.; HITACHI LTD.; HYNIX SEMICONDUCTOR AMERICA INC.; HYNIX SEMICONDUCTOR INC.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., d/b/a PANASONIC; SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MICRON SEMICONDUCTOR PRODUCTS, INC., d/b/a CRUCIAL TECHNOLOGY; MICRON TECHNOLOGY, INC.; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; MITSUBISHI ELECTRIC CORPORATION; | CIVIL NO. 06-00666 (JMS/KSC)<br>(Class Action Complaint)<br><br>PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE COMPLAINT FILED DECEMBER 15, 2006 AND TO CORRECT NAMING OF PLAINTIFF RANAE AWAKUNI TO RENAE AWAKUNI; AFFIDAVIT OF KUNIO KUWABE; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE COMPLAINT FILED DECEMBER 15, 2006 AND TO CORRECT NAMING OF PLAINTIFF RANAE AWAKUNI TO RENAE AWAKUNI |

```
NEC ELECTRONICS AMERICA, INC.;   )
NEC ELECTRONICS CORPORATION;     )
RENESAS TECHNOLOGY AMERICA,      )
INC.; RENESAS TECHNOLOGY CORP.;  )
SAMSUNG ELECTRONICS COMPANY      )
LTD.; SAMSUNG SEMICONDUCTOR,     )
INC.; SONY CORPORATION; SONY     )
CORPORATION OF AMERICA; SONY     )
ELECTRONICS, INC.; TOSHIBA       )
AMERICA CORPORATION; TOSHIBA     )
AMERICA ELECTRONIC COMPONENTS;   )
TOSHIBA CORPORATION; and JOHN    )
DOE 1 through 100;               )
                                 )
              Defendants.        )
_____)
```
Y:\Oyadomori\Pleadings\Ex Parte Unseal Complaint.wpd

PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE COMPLAINT
FILED DECEMBER 15, 2006 AND
TO CORRECT NAMING OF PLAINTIFF RANAE AWAKUNI TO RENAE AWAKUNI

Plaintiffs CADE OYADOMORI and RANAE AWAKUNI, by and through their attorneys, HISAKA YOSHIDA & COSGROVE, move this court ex parte for an entry of an Order Granting Plaintiffs' Ex Parte Motion to Unseal the Complaint Filed December 15, 2006 and to Correct Naming of Plaintiff Ranae Awakuni to Renae Awakuni.

As required under H.R.S. § 480-13.3, Plaintiffs submitted the sealed Complaint and supporting materials to the Attorney General of the State of Hawaii for the statutorily mandated review. The statutory review period of 60 days under H.R.S. § 480-13.3 expired on or about February 13, 2007; however, as stated in Plaintiffs' Ex Parte Motion to Extend Time for Service of Summons and Complaint Filed April 11, 2007, the

Attorney General's office does not believe that the statutory period for its review had started to run.

Nonetheless, Plaintiffs' counsel and the Attorney General's office have conferred regarding its statutory review of this class action Complaint. And the Attorney General's office has agreed to allow Plaintiffs' counsel to proceed with this class action Complaint subject to its right to intervene as allowable under Hawaii law and further review of the class action Complaint. Therefore, at this time, the Attorney General of the State of Hawai'i has declined to proceed with the action or to file its own action involving the same or similar claim or claims set forth in the Complaint filed herein. Therefore, Plaintiffs request that the Court unseal the Complaint pursuant to H.R.S. § 480-13.3.

Plaintiffs also seek to correct the misnaming of Plaintiff RANAE AWAKUNI and amend her name as RENAE AWAKUNI.

The motion is supported by the attached Affidavit of Kunio Kuwabe.

DATED: Honolulu, Hawaii, MAY 0 4 2007.

STEVEN K. HISAKA
GAIL Y. COSGROVE
KUNIO KUWABE
Attorneys for Plaintiffs

3