IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CADE OYADOMORI and RANAE AWAKUNI, on behalf of themselves and all others similarly situated in the State of Hawaii, | ) ) ) ) | CIVIL NO. 06-00666 (JMS/KSC) (Class Action Complaint) |
| | ) | ORDER GRANTING PLAINTIFFS' EX |
| Plaintiffs, | ) | PARTE MOTION TO UNSEAL THE COMPLAINT FILED DECEMBER 15, |
| | ) | 2006 AND TO CORRECT NAMING OF |
| vs. | ) | PLAINTIFF RANAE AWAKUNI TO |
| | ) | RENAE AWAKUNI |
| CYPRESS SEMICONDUCTOR | ) | |
| CORPORATION; FUJITSU AMERICA, | ) | |
| INC.; FUJITSU LIMITED, INC.; | ) | |
| HITACHI AMERICA LTD.; HITACHI | ) | |
| LTD.; HYNIX SEMICONDUCTOR | ) | |
| AMERICA INC.; HYNIX | ) | |
| SEMICONDUCTOR INC.; MATSUSHITA | ) | |
| ELECTRIC INDUSTRIAL CO., LTD., | ) | |
| d/b/a PANASONIC; SEMICONDUCTOR | ) | |
| COMPANY, MATSUSHITA ELECTRIC | ) | |
| INDUSTRIAL CO., LTD.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC., | ) | |
| d/b/a CRUCIAL TECHNOLOGY; | ) | |
| MICRON TECHNOLOGY, INC.; | ) | |
| MITSUBISHI ELECTRIC & | ) | |
| ELECTRONICS USA, INC.; | ) | |
| MITSUBISHI ELECTRIC CORPORATION; | ) | |
| NEC ELECTRONICS AMERICA, INC.; | ) | |
| NEC ELECTRONICS CORPORATION; | ) | |
| RENESAS TECHNOLOGY AMERICA, | ) | |
| INC.; RENESAS TECHNOLOGY CORP.; | ) | |
| SAMSUNG ELECTRONICS COMPANY | ) | |
| LTD.; SAMSUNG SEMICONDUCTOR, | ) | |
| INC.; SONY CORPORATION; SONY | ) | |
| CORPORATION OF AMERICA; SONY | ) | |
| ELECTRONICS, INC.; TOSHIBA | ) | |
| AMERICA CORPORATION; TOSHIBA | ) | |
| AMERICA ELECTRONIC COMPONENTS; | ) | |
| TOSHIBA CORPORATION; and JOHN | ) | |
| DOE 1 through 100; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE
COMPLAINT FILED DECEMBER 15, 2006
<u>AND TO CORRECT NAMING OF PLAINTIFF RANAE AWAKUNI TO RENAE AWAKUNI</u>

The Court having reviewed Plaintiffs' Ex Parte Motion
to Unseal the Complaint Filed December 15, 2006 and to Correct
Naming of Plaintiff Ranae Awakuni to Renae Awakuni and the
Affidavit of Kunio Kuwabe in support thereof, and there appearing
good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Ex Parte Motion
to Unseal the Complaint Filed December 15, 2006 and to Correct
Naming of Plaintiff Ranae Awakuni to Renae Awakuni is hereby
granted.

DATED:  Honolulu, Hawaii, _____MAY 0 7 2007_____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT

_____

*Cade Oyadomori, et al. v. Cypress Semiconductor Corporation, et
al.*; CIVIL NO. 06-00666 (JMS/KSC)(Class Action Complaint); ORDER
GRANTING PLAINTIFFS' EX PARTE MOTION TO UNSEAL THE COMPLAINT
FILED DECEMBER 15, 2006 AND TO CORRECT NAMING OF PLAINTIFF RANAE
AWAKUNI TO RENAE AWAKUNI