UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 2, 2007

Ms. Clara Pierce
Case System Administrator
Office of the Clerk
USDC N.D. California, Oakland Division
Oakland, California 94612-5212

Re: MDL Case Transfer, MDL 1819
In Re: Statis Random Access Mermory (SRAM) Antitrust Litigation
USDC Hawaii Civil Case No. 06-00666JMS-KSC
**USDC N.D. California (Oakland) Case No. 4:07-cv-3369 CW**
**Oyadomori vs. Cypress Semiconductor, et al.**

Dear Ms. Pierce:

Pursuant to the Conditional Transfer Order, the above referenced case is hereby transferred from the District of Hawaii. A certified copy of the transfer order and a certified copy of the case docket accompanies this letter.

Secondly, as this case is maintained electronically, all documents are imaged within CM/ECF. Of the file-transfer-options mentioned in your transmittal letter, the Clerk's office respectfully requests that you directly access our database to download those PDF files that you may need or require. The log-in and password information is as follows:

User ID: <redacted>
Password: <redacted>

Lastly, if I may be of further assistance, I welcome your call or e-mail.

Very truly yours,

SUE BEITIA, CLERK

/s/Anna F. Chang

by: Anna F. Chang, Deputy Clerk

encl.
cc: all counsel and/or parties of record

---

TO: Clerk's Office, U.S. District Court, Northern District of California, Oakland Division:
Please acknowledge receipt on the copy of this letter and return.

Date: ____________________ By: ______________________________