## NAME AND ADDRESS OF DEFENDANTS

**CYPRESS SEMICONDUCTOR CORPORATION**
198 Champion Ct.
San Jose, CA 95134

**Founder/President/Chief Executive Officer/Director:** T.J. Rogers

---

**FUJITSU LIMITED, INC.**
Shiodome City Center
1-5-2 Higashi-Shimbashi
Minato-ku, Tokyo 105-7123, Japan

**President:** Hiroaki Kurokawa
**Registered Agent:** Masato Uchida
6660 Hawaii Kai Drive
Honolulu, Hawaii 96825

---

**FUJITSU AMERICA, INC.**
1250 E. Arques Avenue
Sunnyvale, CA 94085-5401

**President and CFO:** Hiroshi Haruki
**Registered Agent:** The Corporation Company, Inc.
1000 Bishop Street
Honolulu, Hawaii 96813

---

**HITACHI LTD.**
6 Kanda Surugadai 4-chome
Chiyoda-ku
Tokyo, 101-8010 Japan

**President:** Kazuo Furukawa

**EXHIBIT "A"**

**HITACHI AMERICA LTD.**
50 Prospect Ave.
Tarrytown, NY 10591

2000 Sierra Point Parkway
Brisbane, CA 94005-1835

**President and CEO:**   Masahide Tanigaki
**Registered Agent:**    PHCS Hawaii, Inc.
                         Suite 1600 Pauahi Tower
                         1001 Bishop Street
                         Honolulu, Hawaii 96813

---

**HYNIX SEMICONDUCTOR, INC.**
San 136-1, Ami-ri,
Bubal-eub, Icheon-si,
Kyoungki-do, Korea

**Chairman and CEO:** Eui Jei Woo

---

**HYNIX SEMICONDUCTOR AMERICA, INC.**
3101 N. First St.
San Jose, CA 95134

**Chairman and CEO:** Eui Jei Woo

**Agent for Service of Process:** Lawyers Incorporating Service
                                  P.O. Box 526036
                                  Sacramento, CA 95852

---

**SEMICONDUCTOR COMPANY, MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**
1 Kotari-yakemachi
Nagaokakyou, Kyoto

**President:** Hideo Kawasaki (CEO of Matsushita Electric Industrial Co., Ltd.)

**EXHIBIT "A"**

2

**MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.**
1006, Kadoma
Kadoma City, Osaka
571-8501, Japan

**President:** Fumio Ohtsubo

---

**MICRON TECHNOLOGY, INC.**
8000 S. Federal Way
P.O. Box 6
Boise, ID 83707-0006

**Chairman/CEO/President:** Stephen R. Appleton

---

**MICRON SEMICONDUCTOR PRODUCTS, INC.**
8000 S. Federal Way
Boise, ID 83707-0006

**Registered Agent:** Roderic W. Lewis

---

**MITSUBISHI ELECTRIC CORPORATION**
Tokyo Building
2-7-3, Marunouchi,
Chiyoda-ku, Tokyo
100-8310, Japan

**President and CEO:** Setsuhiro Shimomura

EXHIBIT "A"

3

**MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.**
5665 Plaza Drive
P.O. Box 6007
Cypress, CA 90630-0007

**President and CEO:** Setsuhiro Shimomura

**Registered Agent:**   The Corporation Company, Inc.
                        1000 Bishop Street
                        Honolulu, Hawaii 96813

---

**NEC ELECTRONICS CORPORATION**
1753 Shimonumabe, Nakahara-Ku
Kawasaki, Kanagawa
211-8668
Japan

**President & CEO:** Toshio Nakajima

---

**NEC ELECTRONICS AMERICA, INC.**
2880 Scott Boulevard
Santa Clara, CA 95050-2554

**President/Chief Executive Officer/Chairman:** Yuichi Kawakami

---

**RENESAS TECHNOLOGY CORP.**
Marunouchi Bldg., 4-1
Marunouchi 2-chome
Chiyoda-ku, Tokyo 100-6334
Japan

**Chairman and CEO:** Satoru Ito

EXHIBIT "A"

4

**RENESAS TECHNOLOGY AMERICA, INC.**
450 Holger Way
San Jose, CA 95134-1368

**Chairman and CEO:** Satoru Ito

**Agent for Service of Process:** Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA 95852

---

**SAMSUNG ELECTRONICS COMPANY LTD.**
250, 2-ga, Taepyong-ro 2-ga
Jung-gu
Seoul 100-742
South Korea

**Chairman and CEO:** Kun-Hee Lee

---

**SAMSUNG SEMICONDUCTOR, INC.**
3655 North First Street
San Jose, CA 95134

**President and CEO:** Young Hwan (Y.H.) Park

---

**SONY CORPORATION**
6-7-35 Kitashinagawa, Shinagawa-ku
Tokyo 141-0001
Japan

**President:** Ryoji Chubachi (Ph.D.)


EXHIBIT "A"

**SONY CORPORATION OF AMERICA**
550 Madison Ave.
27th Fl.
New York, NY 10022

**Executive Vice President and CFO:** Robert Wiesenthal
**Addressed to:** SCA Legal Department

---

**SONY ELECTRONICS, INC.**
16450 W. Bernado St.
San Diego, CA 92127

**Executive Vice President and General Manager:** Hideki Komiyama
**Registered Agent:**   CSC Services of Hawaii, Inc.
                       Pauahi Tower Ste. 1600
                       1001 Bishop Street
                       Honolulu, Hawaii 96813

---

**TOSHIBA CORPORATION**
1-1, Shibaura 1-chome
Minato-ku, Tokyo 105-8001
Japan

**President and CEO:** Atsutoshi Nishida

---

**TOSHIBA AMERICA CORPORATION**
1251 Avenue of the Americas
41st Fl.
New York, NY 10020

**President:** Hideo Ito

**EXHIBIT "A"**

**TOSHIBA AMERICA ELECTRONIC COMPONENTS**
19900 MacArthur Blvd.
Suite 400
Irvine, CA 92612

**President:** Masaaki Nomi
**Registered Agent:**   The Corporation Company, Inc.
                       1000 Bishop Street
                       Honolulu, Hawaii 96813

**EXHIBIT "A"**

7