Francis O. Scarpulla (SB No. 41059)
Craig C. Corbitt (SB No. 83251)
Pamela E. Woodside (SB No. 226212)
Qianwei Fu (SB No. 242669)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770

*Interim Lead Counsel and Liaison Counsel for the Indirect-Purchaser Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | Case No. M:07-cv-01819-CW<br><br>MDL No. 1819<br><br>**INDIRECT-PURCHASER PLAINTIFFS' DESIGNATION OF PLACEHOLDER COMPLAINT** |

Pursuant to this Court's June 1, 2007 Case Management Order, the Indirect Purchaser Plaintiffs hereby designate the complaint *Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*, No. C-06-6533-CW, attached hereto as Exhibit A, as the "Placeholder Complaint" in this action. All domestic defendants were previously served with a copy of this Complaint.

///

///

///

///

| | |
|---|---|
| Dated: June 29, 2007 | Respectfully submitted, |
| | By:   /s/ Craig C. Corbitt |
| | Francis O. Scarpulla (SB No. 41059) |
| | Craig C. Corbitt (SB No. 83251) |
| | Pamela E. Woodside (SB No. 226212) |
| | Qianwei Fu (SB No. 242669) |
| | **ZELLE HOFMANN VOELBEL MASON & GETTE, LLP** |
| | 44 Montgomery Street, Suite 3400 |
| | San Francisco, CA  94104 |
| | Telephone:    (415) 693-0700 |
| | Facsimile:    (415) 693-0770 |
| | |
| | *Interim Lead Counsel and Liaison Counsel for the Indirect-Purchaser Plaintiffs And the Proposed Class* |

#3169402v1

IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION
Case No. M:07-cv-01819-CW
MDL No. 1819

**CERTIFICATE OF SERVICE**

I, Denise M. Lamb, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **INDIRECT-PURCHASER PLAINTIFFS' DESIGNATION OF PLACEHOLDER COMPLAINT**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: June 29, 2007

Signed  /s/ Denise M. Lamb
Denise M. Lamb

#3168604

CERTIFICATE OF SERVICE