Mayer, Brown, Rowe & Maw LLP
Lee H. Rubin (SBN 141331)
lrubin@mayerbrownrowe.com
Shirish Gupta (SBN 205584)
sgupta@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Defendant
Cypress Semiconductor Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT - OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  M:07-cv-01819-CW<br><br>MDL No. 1819<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CYPRESS SEMICONDUCTOR CORPORATION** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Cypress Semiconductor Corporation hereby substitutes Lee H. Rubin and Shirish Gupta of Mayer, Brown, Rowe & Maw LLP as counsel of record, in place and stead of Robert Feldman and Maura Rees of Wilson Sonsini Goodrich & Rosati.  Wilson Sonsini Goodrich & Rosati is no longer representing Cypress Semiconductor Corporation in this matter.  Hence, please direct all future communications to Messrs. Rubin and Gupta.

| | | |
|---|---|---|
| 1 | DATED:  July 2, 2007 | Cypress Semiconductor Corporation |
| 2 | | /s/ Victoria Tidwell |
| 3 | | Victoria Tidwell<br>Vice President, Legal Affairs & Assoc. General Counsel |
| 4 | | |
| 5 | DATED:  July 2, 2007 | Wilson Sonsini Goodrich & Rosati<br>Robert P. Feldman |
| 6 | | Maura Rees<br>650 Page Mill Road |
| 7 | | Palo Alto, CA 94304<br>Tel:    (650) 493-9300 |
| 8 | | Fax:    (650) 565-5100 |
| 9 | | /s/ Robert P. Feldman |
| 10 | | Robert P. Feldman<br>Attorneys for Defendant Cypress Semiconductor Corporation |
| 11 | | |
| 12 | DATED:  July 2, 2007 | Mayer, Brown, Rowe & Maw LLP |
| 13 | | /s/ Lee H. Rubin |
| 14 | | Lee H. Rubin<br>Attorneys for Defendant Cypress Semiconductor Corporation |
| 15 | | |

Filer's Attestation:  Pursuant to Section X(B) of General Order No. 45, Shirish Gupta hereby attests that the signatories' concurrence in the filing of this document has been obtained.