STEVEN K. HISAKA
GAIL Y. COSGROVE
KUNIO KUWABE
HISAKA YOSHIDA & COSGROVE
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 3000
Honolulu, Hawaii 96813
Telephone: (808) 523-0451
Facsimile: (808) 524-0422

E-mail:  shisaka@objectionsustained.com
         gcosgrove@objectionsustained.com
         kkuwabe@objectionsustained.com

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION<br><br>This Document Relates Only to:<br><br>  CASE NO. 4:07-CV-03369 (CW)<br><br>Indirect Purchaser Action | Master Docket File No. M:07-cv-01819-CW<br><br>MDL Docket No. 1819<br><br>**PLAINTIFFS CADE OYADOMORI'S and RANAE AWAKUNI'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

\\\

\\\

**Plaintiffs Cade Oyadomori's and Ranae Awakuni's Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16**

| | |
|---|---|
| Dated: July 11, 2007 | By: /s/ Kunio Kuwabe |
| | STEVEN K. HISAKA (HI#1773-0) |
| | GAIL Y. COSGROVE (HI#3011-0) |
| | KUNIO KUWABE (HI#4798-0) |
| | Hisaka Yoshida & Cosgrove |
| | Pacific Guardian Center, Mauka Tower |
| | 737 Bishop Street, Suite 3000 |
| | Honolulu, Hawaii 96813 |
| | Telephone No.: (808) 523-0451 |
| | Facsimile No. (808) 524-0422 |
| | |
| | Attorneys for Plaintiffs |

**PLAINTIFF NICHOLAS KANE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

2